# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: WALTER A. MINER, IV & HOLLY B. MINER  
238 VALLEY ROAD  
CARY, IL 60013  

SSN-xxx-xx-5153 & xxx-xx-4858

Case Number: 07-70059

Case filed on: 1/11/2007  
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan: $4,728.00    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 2,774.00 | 2,774.00 | 243.26 | 0.00 |
|  | Total Legal | 2,774.00 | 2,774.00 | 243.26 | 0.00 |
| 011 | MICHAEL FINE, ATTORNEY | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | VAN RU CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ICS COLLECTION SERV. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | OSI COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ASSOC. CREDITORS EXCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | AMERICAN PROFIT RECOVERY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | WALTER A. MINER, IV | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | WALTER A. MINER, IV | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | CITIZENS BANK | 2,657.96 | 2,657.96 | 1,295.01 | 54.99 |
| 002 | CHASE MANHATTAN MORTGAGE | 42,867.30 | 0.00 | 0.00 | 0.00 |
| 003 | CITIMORTGAGE INC | 299,889.40 | 0.00 | 0.00 | 0.00 |
| 004 | DELAWARE PLACE BANK | 5,958.16 | 5,958.16 | 2,723.78 | 126.22 |
|  | Total Secured | 351,372.82 | 8,616.12 | 4,018.79 | 181.21 |
| 005 | NCO FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | AMERICAN EXPRESS TRAVEL RELATED SERVICES | 2,367.38 | 2,367.38 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 52,183.53 | 52,183.53 | 0.00 | 0.00 |
| 008 | ECAST SETTLEMENT CORPORATION | 4,179.64 | 4,179.64 | 0.00 | 0.00 |
| 009 | CLC CONSUMER SERVICES | 6,149.12 | 6,149.12 | 0.00 | 0.00 |
| 010 | CB USA SEARS | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 19,888.76 | 19,888.76 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 944.34 | 944.34 | 0.00 | 0.00 |
| 016 | CHILDRENS MEM. PSYCHIATRIC FOUNDATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | CHILDRENS MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | CHILDRENS MEMORIAL MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | LVNV FUNDING LLC | 335.46 | 335.46 | 0.00 | 0.00 |
| 021 | DISCOVER FINANCIAL SERVICES | 10,650.96 | 10,650.96 | 0.00 | 0.00 |
| 022 | DISCOVER FINANCIAL SERVICES | 24,321.13 | 24,321.13 | 0.00 | 0.00 |
| 023 | GE CONSUMER FINANCE | 572.19 | 572.19 | 0.00 | 0.00 |
| 025 | BENEFICIAL ILLINOIS INC | 1,859.41 | 1,859.41 | 0.00 | 0.00 |
| 026 | WORLD FINANCIAL NETWORK NATIONAL BANK | 361.35 | 361.35 | 0.00 | 0.00 |
| 027 | NORDSTROM FSB | 15,371.19 | 15,371.19 | 0.00 | 0.00 |
| 028 | ECAST SETTLEMENT CORPORATION | 619.66 | 619.66 | 0.00 | 0.00 |
| 030 | SCOTTS LAWN SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | STREAMWOOD BEHAVIORAL HEALTH CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 1,016.28 | 1,016.28 | 0.00 | 0.00 |
|  | Total Unsecured | 140,820.40 | 140,820.40 | 0.00 | 0.00 |
|  | Grand Total: | 494,967.22 | 152,210.52 | 4,262.05 | 181.21 |

Total Paid Claimant:   $4,443.26  
Trustee Allowance:     $284.74  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_  
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 09/27/2007                By  /s/Heather M. Fagan